No. 84–6108. BUSH v. FLORIDA. Sup. Ct. Fla.;
No. 84–6971. STEVENS v. KEMP, WARDEN. Sup. Ct. Ga.;
No. 85–5702. BIRD v. TEXAS. Ct. Crim. App. Tex.;
No. 85–5741. SNOW v. NEVADA. Sup. Ct. Nev.;
No. 85–5784. FRANKLIN v. TEXAS. Ct. Crim. App. Tex.;
No. 85–5933. MIRANDA v. NEVADA. Sup. Ct. Nev.;
No. 85–5935. SMITH v. SOUTH CAROLINA. Sup. Ct. S. C.;
No. 85–5987. HORSLEY v. ALABAMA. Sup. Ct. Ala.;
No. 85–6009. BOGGS v. VIRGINIA. Sup. Ct. Va.;
No. 85–6072. GORE v. FLORIDA. Sup. Ct. Fla.;
No. 85–6089. PASTER v. TEXAS. Ct. Crim. App. Tex.;
No. 85–6098. DUNCAN v. TENNESSEE. Sup. Ct. Tenn.;
No. 85–6102. THOMAS v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir.;
No. 85–6103. BIEGHLER v. INDIANA. Sup. Ct. Ind.;
No. 85–6123. MILLS v. FLORIDA. Sup. Ct. Fla.; and
No. 85–6146. FUNCHESS v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied. Reported below: No. 84–6108, 461 So. 2d 936; No. 84–6971, 254 Ga. 228, 327 S. E. 2d 185; No. 85–5702, 692 S. W. 2d 65; No. 85–5741, 101 Nev. 439, 705 P. 2d 632; No. 85–5784, 693 S. W. 2d 420; No. 85–5933, 101 Nev. 562, 707 P. 2d 1121; No. 85–5935, 286 S. C. 406, 334 S. E. 2d 277; No. 85–5987,

476 So. 2d 626; No. 85–6009, 229 Va. 501, 331 S. E. 2d 407; No. 85–6072, 475 So. 2d 1205; No. 85–6089, 701 S. W. 2d 843; No. 85–6098, 698 S. W. 2d 63; No. 85–6102, 767 F. 2d 738; No. 85–6103, 481 N. E. 2d 78; No. 85–6123, 476 So. 2d 172; No. 85–6146, 772 F. 2d 683.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.